UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL S. NOFFSINGER,<br><br>                Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. 10-5878 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #23] recommending that this case be remanded, based on the stipulation of the parties [ECF #22].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)   The Court REVERSES and REMANDS for further administrative proceedings; and

(3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 24th day of May, 2011.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

REPORT AND RECOMMENDATION - 1